# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**BOCA RATON REGIONAL HOSPITAL, INC.,**
Appellant,

v.

**EDWINA EGNAK BARNES,**
Appellee.

No. 4D19-1155

[August 20, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Meenu Sasser, Judge; L.T. Case No. 502012CA007738.

James C. Sawran and Aleida M. Mielke of Segal McCambridge Singer & Mahoney, Fort Lauderdale, for appellant.

Blair M. Dickert of Kanner & Pintaluga, P.A., Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

WARNER and MAY, JJ., and HILAL, JENNIFER, Associate Judge, concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***